THE HONORABLE BARBARA J. ROTHSTEIN

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

LEON CARP, individually and on behalf of others similarly situated,

    Plaintiff,

v.

T-MOBILE USA, INC.,

    Defendant.

No. 2:21-cv-01130-BJR

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT**

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER (No. 2:21-cv-01130-BJR) - 1

154400838.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 4:21-cv-00886-BCW    Document 20    Filed 10/28/21    Page 1 of 4

Under Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiff Leon Carp and Defendant T-Mobile USA, Inc., ("the Parties"), stipulate that T-Mobile's deadline to answer or otherwise respond to the Complaint in the above-captioned action is extended through January 3, 2022.

Good cause exists for this extension, as there is a pending motion before the Judicial Panel on Multidistrict Litigation ("JPML") regarding transfer and coordination or consolidation of related cases for pretrial proceedings under 28 U.S.C. § 1407, filed on August 23, 2021. *See In re T-Mobile Customer Data Security Breach Litigation.*, MDL Docket No. 3019 (ECF No. 1). The plaintiffs in another case, *Daruwalla v. T-Mobile USA, Inc.*, No. 2:21-cv-1118 (W.D. Wash. filed Aug. 19, 2021), filed the transfer motion and identified this case, and numerous others, as related cases that should be transferred. *Id.* (ECF Nos. 1, 8, 11, 20). The additional time will conserve judicial resources by allowing T-Mobile to assess the pending JPML motion and continue discussions with Plaintiff's counsel here and counsel in the related cases before responding to Plaintiff's Complaint.

Dated: October 27, 2021

By: /s/ *Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
  KOSullivan@perkinscoie.com
  LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street

STIPULATION AND ORDER TO
EXTEND TIME TO ANSWER
(No. 2:21-cv-01130-BJR) - 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154400838.1

Case 4:21-cv-00886-BCW    Document 20    Filed 10/28/21    Page 2 of 4

| | |
|---|---|
| 1 | Atlanta, GA 30309 |
| 2 | Telephone: (404) 881-7000 |
|   | Facsimile: (404) 881-7777 |
| 3 | E-Mail: kristy.brown@alston.com |

*Attorneys for Defendant T-Mobile USA, Inc.*

By: /s/ *Cari Campen Laufenberg*
Cari Campen Laufenberg (WSBA 34354)
Gretchen Freeman Cappio (WSBA 29576)
Juli Farris (WSBA 17593)
Emma M. Wright (WSBA 56770)
**KELLER ROHRBACK LLP**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
E-Mail: claufenberg@kellerrohrback.com
gcappio@kellerrohrback.com
jfarris@kellerrohrback.com
ewright@kellerrohrback.com

*Attorneys for Plaintiff*

STIPULATION AND ORDER TO
EXTEND TIME TO ANSWER
(No. 2:21-cv-01130-BJR) - 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154400838.1

**ORDER**

IT IS SO ORDERED.

Dated this 28th day of October, 2021.

                                                   <u>s/Barbara J. Rothstein</u>
                                                   Barbara J. Rothstein
                                                   U.S. District Court Judge

Presented by:

Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
        KOSullivan@perkinscoie.com
        LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice*)
**ALSTON& BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-Mail: kristy.brown@alston.com
*Attorneys for Defendant T-Mobile USA, Inc.*

STIPULATION AND ORDER TO
EXTEND TIME TO ANSWER
(No. 2:21-cv-01130-BJR) - 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154400838.1

Case 4:21-cv-00886-BCW     Document 20     Filed 10/28/21     Page 4 of 4